**Order entered October 7, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00242-CV**
**No. 05-21-00373-CV**

**IN THE INTEREST OF M.C.M. AND M.A.M., CHILDREN**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-53554-2020 and 366-50788-2021**

**ORDER**

Before the Court are appellee's October 6, 2022 motions for an extension of time to file his brief and to exceed the word limit by 667 words. Appellee tendered his brief to this Court on October 6, one day past the deadline. The brief was not accepted for filing because, in addition to being filed late, the appendix items were not bookmarked. *See* TEX. R. APP. P. 9. We **GRANT** the motion to exceed the word limit. We **GRANT** the motion for extension of time to the extent that appellant shall file a corrected brief with the appendix bookmarked on or before **October 12, 2022**.

/s/    KEN MOLBERG
        JUSTICE